UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABDULLAH SPENCER NIMHAM-EL-DEY,<br><br>                              Plaintiff,<br><br>                -against-<br><br>MISSION OF THE IMMACULATE VIRGIN;<br>B.C.W.; N.Y.C.,<br><br>                              Defendants. | 1:21-CV-8239 (LTS)<br><br>TRANSFER ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated October 12, 2021, the Court directed Plaintiff, who appears *pro se* and is currently held in the North Infirmary Command on Rikers Island, to show cause within 30 days why the Court should not transfer this action, under 28 U.S.C. § 1404(a), to the United States District Court for the Eastern District of New York. On November 17, 2021, the Court received a declaration from Plaintiff (ECF 6), but it fails to show cause why the Court should not transfer this action. Accordingly, for the reasons stated in the Court's October 12, 2021 order, the Court transfers this action, under Section 1404(a), to the United States District Court for the Eastern District of New York.

## CONCLUSION

The Court directs the Clerk of Court to transfer this action to the United States District Court for the Eastern District of New York. 28 U.S.C. § 1404(a). This order closes this action in this court.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court also directs the Clerk of Court to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated: November 19, 2021
        New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge